IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED

JUL 11 2019

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–04–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JUAN JOSE CAMARENA, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Juan Jose Camarena appeared before the Court on June 18, 2019, and entered a plea of guilty to Counts I through III of the Indictment. He also admitted the forfeiture allegation. Camarena's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Camarena's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853 and 18 U.S.C. § 924(d):

- 15 Rounds of Hornady 9mm ammunition; and
- $6,750.00 in United States currency;

THAT the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 11th day of July, 2019.

Dana L. Christensen, Chief District Judge
United States District Court